FICKEN, Respondent, v. McCREADY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Henry E. Ficken against Caroline A. McCready and another. W. P. Prentice, for appellants. W. A. McQuaid, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FINGERMAN, Respondent, v. BAY STATE CLOTHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Jacob Fingerman against the Bay State Clothing Company. From an order denying defendant's motion to open its default at the trial of the case, it appeals. Reversed on terms. Morris H. Hayman for appellant. Robert H. Roy, for respondent.

PER CURIAM. While the circumstances attending the default in this case, and the vague statements of the defendant's counsel, who permitted the same, justly subjected him to criticism by the special term, we have determined, in view of the perhaps serious consequences to his client, to open the default upon the following terms: The defendant, within 10 days from the entry of this order, must pay to the plaintiff the costs and disbursements of the trial or inquest, together with $10 costs and disbursements of this appeal, and $10 costs of the motion to open the default; the judgment herein to stand as security.

In re FINNERTY. (Supreme Court, Appellate Division, Second Department. October 29, 1901.) In the matter of the application of Edward Finnerty for an order directing the board of registry of the First election district of the borough and county of Richmond to convene and strike from the registry of said district certain names.

PER CURIAM. Order reversed, without costs, on the following grounds: (1) That the omission to file the statement mentioned in subdivision 2 of section 34 of the election law, when such statement is not required by the registration officers, is not fatal to the right to be registered; (2) that the evidence in this case, although in some instances vague and indefinite, was sufficient to require the registration of the respective appellants as voters in the election district.

FISCHER v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Mamie Fischer against the Metropolitan Street Railway Company. No opinion. Motion granted, with $10 costs.

FISHER, Respondent, v. HAINES, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by George E. Fisher against Charles D. Haines. W. E. Kisselburgh, for appellant. E. A. Tuttle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FLETCHER v. McKEON et al. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Austin B. Fletcher against John McKeon and another. No opinion. Motion denied, with $10 costs.

FOOTE, Appellant, v. GOLDMAN, Respondent. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Action by Jennie Foote against Joseph Goldman. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Joseph Foster, Jr., against the International Paper Company. No opinion. Transferred to the First department.

FOSTER, Appellant, v. NASH, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Frederick P. Foster against John McL. Nash. H. A. Forster, for appellant. W. H. Blain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FOX v. POWERS. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by H. E. Fox against N. B. Powers. No opinion. Motion denied, with $10 costs.

In re FRANK. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) In the matter of the application of Samuel Joseph Frank for admission to the bar. No opinion. Application denied, on the ground that the applicant made false representations to the state board of law examiners in order to obtain admission to practice. Opinion not published by direction of the court.

FREEMAN v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Joseph Freeman against the Metropolitan Elevated Railroad Company. No opinion. Motion denied, with $10 costs.

FREESTONE, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Florence Freestone, an infant, by Lauren Moody, her guardian ad litem, against the Third Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of reducing the recovery.

GALLAWAY v. HARRIS. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by John A. Gallaway against Credo F. Harris. No opinion. Appeal dismissed, with $10 costs.

GERKEN v. HALL et al. (Supreme Court, Appellate Division, First Department. November 22, 1901.) Action by Frederick Gerken against Charles W. Hall and another. No opinion. Motion denied.